```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6                  UNITED STATES DISTRICT COURT
 7                 NORTHERN DISTRICT OF CALIFORNIA
 8
 9
10
    NORTHWEST ADMINISTRATORS, INC.,    )   NO. C 06 3399 MEJ
11                                     )
                        Plaintiff,     )
12                                     )
              vs.                      )   NOTICE OF
13                                     )   VOLUNTARY DISMISSAL
    ANGELICA TEXTILE SERVICES, a       )
14  California corporation             )   ORDER CLOSING FILE
                                       )
15                      Defendant.     )
    _____)
16
17       Notice is hereby given that plaintiff dismisses the above
18  entitled action without prejudice pursuant to Federal Rule of Civil
19  Procedure 41, and all dates relating to this case should be taken
20  off the Court's calendar including the hearing on a Case Management
21  Conference set for August 24, 2006 at 10:00 a.m. in Courtroom No.
22  B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.
23       Dated:    August 17, 2006
    The Clerk of Court shall close the file.
24  Dated: August 17, 2006                ERSKINE & TULLEY
25
                                      By:/s/Michael J. Carroll
26                                        Michael J. Carroll
                                          Attorneys for Plaintiff
27
28
```

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

NOTICE OF VOLUNTARY DISMISSAL

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE BY MAIL</u> |
| 2 | I am a citizen of the United States and employed in the City and |
| 3 | County of San Francisco, California.  I am over the age of eighteen |
| 4 | years and not a party to the within above entitled action; my |
| 5 | business address is 220 Montgomery Street, Suite 303, San |
| 6 | Francisco, California 94104.  On August 17, 2006 I served the |
| 7 | within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said |
| 8 | action, by placing a true copy thereof enclosed in a sealed |
| 9 | envelope with postage thereon fully prepaid, in the United States |
| 10 | post office mail box at San Francisco, California, addressed as |
| 11 | follows: |
| 12 | **Carla E. Laszewski** |
|  | **Angelica Textile Services** |
| 13 | **424 South Woods Mill Road** |
|  | **Chesterfield, Missouri 63017** |
| 14 |  |
| 15 | I, SHARON EASTMAN, certify (or declare), under penalty of perjury |
|  | that the foregoing is true and correct. |
| 16 |  |
| 17 | Executed on August 17, 2006 at San Francisco, California. |
| 18 |  |
| 19 |     /s/Sharon Eastman |
|  |     Sharon Eastman |